# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS PFEIFFER,<br><br>           Plaintiff,<br><br>    v.<br><br>I. CLAY, WARDEN, et al.,<br><br>           Defendants.<br>_____/ | CASE NO. 1:07-cv-01604-OWW-SMS PC<br><br>ORDER DISREGARDING OBJECTIONS, AND DENYING MOTION TO STAY THE PROCEEDINGS UNTIL 2012<br><br>(Doc. 20) |

      Plaintiff Douglas Pfeiffer, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on November 5, 2007. On September 4, 2009, the Court dismissed this action, with prejudice, for failure to state any claims. 28 U.S.C. § 1915A. On September 28, 2009, Plaintiff filed objections, and a motion seeking "a continuance" until 2012 to allow him to seek legal assistance.

      Plaintiff previously objected to the Magistrate Judge's findings and recommendations. The objections were considered, and the findings and recommendations were adopted in full on September 4, 2009. Plaintiff may not object a second time to the findings and recommendations, and his objections are disregarded.

///
///
///
///

Further, this action has been dismissed, and therefore, there are no proceedings left to stay. Accordingly, Plaintiff's motion to stay the proceedings until 2012 is DENIED.

IT IS SO ORDERED.

**Dated:   October 7, 2009**                        **/s/ Oliver W. Wanger**
                                                    UNITED STATES DISTRICT JUDGE